No. 25-130

IN THE

# United States Court of Appeals
# For the Federal Circuit

---

**IN RE VIRTAMOVE CORP.,**

*Petitioner.*

---

On Petition for Writ of Mandamus from the United States
District Court for the Western District of Texas,
No. 7:24-cv-00033-DC-DTG, before the
Hon. Judge Counts and Magistrate Judge Gilliland

---

**NOTICE OF CORRECTION FOR CONFIDENTIAL APPENDIX OF
PETITIONER, VIRTAMOVE, CORP. AND CERTIFICATE OF
INTEREST**

Qi (Peter) Tong
ptong@raklaw.com
RUSS AUGUST & KABAT
8080 N. Central Expressway, Suite 1503
Dallas, TX 75225
(310) 826-7474

Reza Mirzaie
rmirzaie@raklaw.com

June 6, 2025

Shani Williams
swilliams@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2025- |
| **Short Case Caption** | In re: VirtaMove Corp. |
| **Filing Party/Entity** | Petitioner, VirtaMove Corp. |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/06/2025

Signature: /s/ Qi (Peter) Tong

Name: Qi (Peter) Tong

| **1. Represented Entities.**<br>Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.**<br>Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.**<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| VirtaMove Corp. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☑   Additional pages attached

| | | |
|---|---|---|
| Kristopher Davis<br>Russ August & Kabat | Paul Kroeger<br>Russ August & Kabat | Jacob Buczko<br>Russ August & Kabat |
| Neil Rubin<br>Russ August & Kabat | Christian Conkle<br>Russ August & Kabat | Jefferson Cummings<br>Russ August & Kabat |
| Marc A. Fenster<br>Russ August & Kabat | Daniel B. Kolko<br>Russ August & Kabat | Jonathan Ma<br>Russ August & Kabat |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑   Yes (file separate notice; see below)     ☐   No     ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE VIRTAMOVE CORP.,**

*Petitioner.*

---

On Petition for Writ of Mandamus from the United States District Court for the Western District of Texas, No. 7:24-cv-0033-DC-DTG, before the Hon. Judge Counts and Magistrate Judge Gilliand

---

**ADDITIONAL PAGE TO SECTIONS 4 AND 5**

Qi (Peter) Tong
ptong@raklaw.com
RUSS AUGUST & KABAT
8080 N. Central Expressway, Suite 1503
Dallas, TX 75225
(310) 826-7474

June 6, 2025

Reza Mirzaie
rmirzaie@raklaw.com
Shani Williams
swilliams@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474

*Counsel for Petitioner,*
*VirtaMove Corp.*

## Additional Legal Representatives (Section 4)

James A. Milkey, Russ August & Kabat

Mackenzie Paladino, Russ August & Kabat

James S. Tsuei, Russ August & Kabat

Joshua Scheufler, Russ August & Kabat


## Related Cases (Section 5)

VirtaMove Corp. expects to soon file a petition for writ of mandamus from the decision in *VirtaMove v. Amazon.com, Inc.*, No. 7:24-cv-00030-ADA-DTG (W.D. Tex.), and this upcoming *Amazon* petition will likely affect or be directly affected by this *Google* petition.

Additional parties in the *Amazon* case include Amazon.com, Inc.; Amazon.com Web Services LLC; and Amazon Web Services, Inc.

Additional counsel in the *Amazon* case includes the following attorneys of Knobbe, Martens, Olson & Bear LLP: Joseph R. Re, Jeremy A. Anapol, Colin B. Heideman, Christie R.W. Matthaei, and Logan P. Young. Further of counsel is Harper Estes of Lynch Chappell & Alsup.

(310) 826-7474

*Counsel for Petitioner,*
*VirtaMove Corp.*

## <u>NOTICE</u>

Pursuant to Federal Circuit Rule 25(i), Petitioner VirtaMove, Corp. ("VirtaMove") files this notice of correction regarding its Confidential Appendix filed on June 5, 2025 (Dkt. No. 4). VirtaMove's corrected confidential appendix is being concurrently filed with this notice. VirtaMove is correcting the confidential appendix by removing duplicate copies of pages Appx1121–Appx1156.

Also, in response to the June 5, 2025 docket notice, a Certificate of Interest is being re-filed with the related case information being re-entered using Form 9A.


June 6, 2025                              */s/ Qi Tong*
                                         Qi (Peter) Tong
                                         ptong@raklaw.com
                                         RUSS AUGUST & KABAT
                                         8080 N. Central Expressway, Suite 1503
                                         Dallas, TX 75225
                                         (310) 826-7474

                                         Reza Mirzaie
                                         rmirzaie@raklaw.com
                                         Shani Williams
                                         swilliams@raklaw.com
                                         RUSS AUGUST & KABAT
                                         12424 Wilshire Boulevard, 12th Floor
                                         Los Angeles, CA 90025
                                         (310) 826-7474

                                         *Counsel for Petitioner,*
                                         *VirtaMove Corp.*

1