NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE VIRTAMOVE, CORP.,**
*Petitioner*

2025-130

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 7:24-cv-00033-DC-DTG, Judge David Counts.

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

VirtaMove, Corp. filed a combined petition for panel rehearing and rehearing en banc. The petition was first referred to the panel that issued the order, and thereafter the petition was referred to the circuit judges who are in regular active service.

---

[1]  Circuit Judge Newman did not participate.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

October 29, 2025
Date

Frances M. McNulty
Chief Deputy Clerk of Court